IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WARREN LYNCH,

    Petitioner,           No. CIV S-07-00785 ALA HC

  vs.

RICHARD SUBIA, Warden,

    Respondent.       ORDER
_____/

    Respondent has requested an extension of time to file a reply to the opposition to the motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's September 14, 2007 request for an extension of time is granted; and

    2. Respondent's reply is due within 35 days of the date of this order.

DATED: September 20, 2007

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation