IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WARREN LYNCH,

    Petitioner,                   No. 1:07-CV-00785 ALA HC

    vs.

RICHARD SUBIA, Warden,        <u>ORDER</u>

    Respondent.

_____/

    Petitioner John Warren Lynch, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 11, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. FED. R. APP. P. 22(b).

/////

/////

1

1 For the reasons set forth in the court's March 11, 2008 order, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability will not issue in this action.

IT IS SO ORDERED.

/////

DATED: March 25, 2008

                         /s/ Arthur L. Alarcón
                         UNITED STATES CIRCUIT JUDGE
                         Sitting by Designation